*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:　　　　　　　　　　　　　　　　Chapter: 13
　　Marie Burns
　　　　　　　Debtor(s)　　　　　Bankruptcy No: 16–17949–jkf

*O R D E R*

　　**AND NOW,** this 15th day of November 2016 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

　It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

　　　Documents and Deadline

　　　Matrix List of Creditors due 11/21/2016
　　　Certification Concerning Credit Counseling and/or Certificate of Credit Counseling due
　　　11/21/2016
　　　Atty Disclosure Statement due 11/28/2016
　　　Chapter 13 Plan due by 11/28/2016
　　　Schedules AB–J due 11/28/2016
　　　Statement of Financial Affairs due 11/28/2016
　　　Summary of Assets and Liabilities Form B106 due 11/28/2016
　　　Means Test Calculation Form 122C–2 Due: 11/28/2016
　　　Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
　　　Form 122C–1 Due11/28/2016

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

　　　　　　　　　　　　　　　　　　　　　　　　　　　By the Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　Jean K. FitzSimon
　　　　　　　　　　　　　　　　　　　　　　Judge , United States Bankruptcy Court